**Michael W. McRAE, Plaintiff–Appellant,**

v.

**State of MARYLAND; Department of Public Safety and Correctional Services; Department of Personnel; Maryland Classified Employee's Association, Defendants–Appellees.**

No. 02–1604.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 16, 2002.

Michael W. McRae, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael W. McRae appeals the district court's order dismissing his employment discrimination complaint. We have reviewed the record and the district court's

opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McRae v. Maryland*, No. CA–02–1648–S (D.Md. May 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*